United States District Court for the Eighth (8th) Circuit!

RECEIVED
JAN 21 2020
BY MAIL

Tyrone Hurt, Et Al.,
(cc: Haines v. Kerner, 1972)
(also: Pro. Se.; Rule 23, Federal Rules to Civil Procedures)
(202) 290-1873
6120 Georgia Ave. N.W.
#101; W.D.C., 20011

Pro Se Plaintiff

V.h. Constitution, (1608) (1775)

And

The American College Dictionary
Defendants,

And

International Criminal Court-(1946-);
International Court Justice-(1946-);
International Peace Court-(1946-);
(Hague, Germany)
(cc: Haines v. Kerner, 1972)

U/
United States of America,

4.
District of Columbia Board of
Parole, et. al.,
Court Services and Offender
Supervision Agency
At: 2101 Martin Luther King, Jr.,
Ave. S.E., W.D.C., 20020
(See: Bivens v. Six (6) Unknown
Narcotics Agents - (1972)

5.
United States Parole Commission - (1910),
et. Al., within the United States to
America,
(See: Bivens v. Six (6) Unknown
Narcotics Agents - (1972)

## Complaint

1. Jurisdiction to this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1330, U.S.C., Title 28, Section 1331 & 1332, U.S.C., Title 28, Section 1915, U.S.C., and Title 18, Section 3006, U.S.C.

~~Title 28, Section 1331 & 1332, U.S.C., Title 42, Section 1998,~~
~~Vol. 1,~~

2. The amounts in controversy exceeds $75,000.00 Dollars exclusive to interest and costs.

3. I am a citizen of the di Civan of the U.S.A.

4. I demand a trial by a Jury on all the issues involved.

### Statement of the Facts of the Case
### Memorandum to Law

1. The Plaintiff respectfully states that in this Honorable court to; Plaintiff: The Fourth (4th.) and Eighth (8th.) Amendment Rights to the U.S. Constitution, (1688)(1778) ans from the past to the present-day, to the, in the date to July 29, 2019, when, to, said services and Harmer supervision Agency, to, illegal violation collection Agency, unit, at: 2101 Austin Luther King, Dr., Ave. N.E., U.S.A., 20020, while reporting there in compliance with my life on parole supervision, (see: P-185855) in, which, said Plaintiff, Tyrone Hert, parolee, has been in compliance since 5/1996 to said present-day without any said Parole violations, by, said

M.C. Board of Parole, et al., in the center for the Union, Illinois, and U.N. Parole Commission (1909) et al., must be eliminated, terminated and abolished both, is in violation to said Eighth (8th) Amendment Right to the U.S. Constitution (1650) (1775) and thus in violation to human rights.

So, therefore, among to the said facts and reasoning herein, said Plaintiff call-in, the immediate, urgent, intervention to said International Criminal Act - (1946); IPC - (1946); ICT - (1946); (Hague, Germany) to be applied to said M.C. Board to parole et. al., and said U.N. Parole Commission, (1909) et al., as the U.S. Constitutional, (1650) (1775) legislators, within the United States of America and to be placed into permanent exile, expellment and expulsion from this nation.

<u>Motion to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.</u>

Comes now, Tyrone Hurts, the Plaintiff and respectfully moves the Honorable U.S. Dist. Ct. for the Eighth (8th) Amendment Right Circuit, for leave to proceed <u>in forma pauperis</u>, pursuant to Title 28, Section 1915, U.S.C., for the following reason:

1. The Plaintiff respectfully states that because of my poverty, that I am unable to

(4)(5)

pre-pay the said costs/fees for the filing of the foregoing complaint and that said plaintiff be allowed and permitted to proceed in forma pauperis pursuant to Title 28, Section 1915, U.S.C.

## Memorandum to Court

1. See: U.S. Constitution, (1688)(1775)
   See: (Mc)Kinney v. Brown - (1992)
   See: Black's Law Dictionary - (2004)
   See: The American College Dictionary, meaning to: trial/w. merits/properties: lawsuit/M.
   See: Title 78, Section 1915, which empowers the, U.S. Congress to the U.S., to Article III, Section 1, to the U.S. Constitution, (1688)(1778) to be interpreted; Title 18, Section 3006 A, U.S.C.

## Relief

1. The Plaintiff seeks the immediate, prompt, urgent elimination, eradication and abolishment to plus District of Columbia Board to Parole, Et. Al., and said U.S. Parole Commission, (1989) Et. Al., si, si, menos and torquises against Blacks; people to color; and so-called African - American, si, on the same level, si, the harsh, brutal, barbaric and inhuman application to

the death penalty, which said death penalty, etc, being mentioned in the U.S. Constitution, (1688-)(1775-), the death penalty being in violation to the Eighth (8th.) amendment Right to the U.S. Constitution, (1688-)(1775-), (to harm children to death). The plaintiff seeks five (5) trillion dollars from each defendant to said M.C. Boards to order, in the center to the world, U.D.C. and said U.S. Parole Commission, (1909) lodged within the United States to America as opposed to the United States to America.

It is a suit to Proceed, pursuant to Title 75, Section 1915, U.S.C.

I, Tyrone Autry, the Plaintiff, do respectfully state that because of my poverty, that I am unable to pre-pay the said civil fee for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I seek seek.

attestation to service

I, Tyrone Autry, the Plaintiff, do respectfully state that I have upon this 15th. day of January, 2020, have sent the foregoing complaint to the U.S.

District Ct. for the Eighth (8th.) Circuit to make service upon the Atts. for the Defendants, et al.

Respectfully submitted,

S/ [signature]
(Plaintiff Pro-Se)
(Haines v. Kerner, 1972)