UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYRONE HURT, ) | |
| Plaintiff, ) | |
| vs. ) | No. 4:20-CV-101 RLW |
| AMERICAN COLLEGE DICTIONARY, ) et al, ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff filed this civil action for money damages on January 21, 2020; however, plaintiff neither paid the Court filing fee nor filed a motion to proceed without prepayment of fees or costs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiff an 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $400 filing fee or submit a motion to proceed without prepaying fees or costs within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 23rd day of January, 2020.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

˜1˜